IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY OLSZOWKA, | ) | |
| | ) | Judge Nordberg |
| | ) | Case No.  07CV 6115 |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Cox |
| v. | ) | |
| | ) | |
| VILLAGE OF CHICAGO RIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

Defendant, Village of Chicago Ridge ("Chicago Ridge"), by its undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves the Court for an extension of time, to and including January 4, 2008, by which to file its responsive pleading to Plaintiff's Complaint.  In support of its motion, Chicago Ridge states as follows:

1. Plaintiff alleges that the defendant imposed unreasonable and excessive fees to copy accident reports in violation of Illinois law.  Plaintiff seeks monetary and injunctive relief on behalf of a putative class.

2. Chicago Ridge provided notice of this action to its insurer, but learned only recently that the insurer was declined coverage.

3. This is Chicago Ridge's first request for an extension of time to file a responsive pleading and is not brought for the purpose of harassment or delay.

4. On November 29, 2007, plaintiff's counsel, Aron Robinson, consented to Chicago Ridge's request for an extension of time.

5. Plaintiff will not be prejudiced if the Court grants Chicago Ridge's request for additional time to file a responsive pleading to Plaintiff's Complaint.

WHEREFORE, the Village of Chicago Ridge respectfully requests that the Court grant its Agreed Motion for Extension of Time to File Its Responsive Pleading to Plaintiff's Complaint and allow the Village of Chicago Ridge to and including January 4, 2008 by which to file its responsive pleading to Plaintiff's Complaint.

                                                      Respectfully submitted,

Dated: December 3, 2007                  VILLAGE OF CHICAGO RIDGE

                                        By:   /s/ Francis A. Citera
                                              One of Its Attorneys

Francis A. Citera (ARDC #6185263)
Mark J. McCombs (ARDC #6188923)
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400  Telephone
(312) 456-8435  Facsimile
citeraf@gtlaw.com  E-mail
mccombsm@gtlaw.com  E-mail