IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY OLSZOWKA, | ) |
| | ) Judge Nordberg |
| | ) Case No. 07CV 6115 |
| Plaintiff, | ) |
| | ) Magistrate Judge Cox |
| v. | ) |
| | ) |
| VILLAGE OF CHICAGO RIDGE, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that on Thursday, December 6, 2007 at 2:30 p.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Nordberg, or any judge sitting in his stead in Courtroom 1801 of the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present **Agreed Motion For Extension of Time to File Responsive Pleading to Plaintiff's Complaint**.

                          Respectfully submitted,

Dated: December 3, 2007         VILLAGE OF CHICAGO RIDGE

                          /s/ Francis A. Citera
                          One of Its Attorneys

Francis A. Citera (ARDC # 6185263)
Mark J. McCombs (ARDC #6188923)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois  60601
(312) 456-8400  Telephone
(312) 456-8435  Facsimile
citeraf@gtlaw.com  E-mail

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2007, I electronically filed the foregoing Notice of Agreed Motion and Agreed Motion for Extension of Time to File Responsive Pleading to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered party:

>Lance Raphael
>Allison Krumhorn
>Stacy Bardo
>The Consumer Advocacy Center, P.C.
>180 West Washington Street
>Suite 700
>Chicago, Illinois  60602

The following party will be noticed via facsimile and regular mail:

>Aron Robinson
>The Law Office of Aron D. Robinson
>19 South LaSalle Street
>Suite 1300
>Chicago, Illinois 60603
>Fax: (312) 857-9054

>/s/ Francis A. Citera
>Francis A. Citera (ARDC # 6185263)
>Greenberg Traurig, LLP
>77 West Wacker Drive, Suite 2500
>Chicago, Illinois  60601
>(312) 456-8400  Telephone
>(312) 456-8435  Facsimile
>citeraf@gtlaw.com  E-mail