UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Jeffrey Olszowka
                        Plaintiff,

v.
                                          Case No.: 1:07–cv–06115
                                          Honorable John A. Nordberg

Village of Chicago Ridge
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 6, 2007:

      MINUTE entry before Judge John A. Nordberg :Motion for extension of time [9] is granted. Answer to complaint due by 1/4/08. Status hearing set for 1/17/2008 at 02:30 PM.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.