

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

FILED
12-14-2007
DEC 14 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Mark McCombs

FIRM: Greenberg Traurig

STREET ADDRESS: 77 W. Wacker Dr.

CITY/STATE/ZIP: Chicago, Illinois 60601

PHONE NUMBER: 312/476-5026

ARDC NO. (If Member of Illinois State Bar): 6188923

☑ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07 C 6115 | Olszowka v. Village of Chicago Ridge | Nordberg |
| | | |
| | | |
| | | |

_____
Attorney's Signature

December 13, 2007
_____
Date

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**