**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| JEFFREY OLSZOWKA, ) <br> on behalf of himself and all others ) <br> similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VILLAGE OF CHICAGO RIDGE, ) <br> ) <br> Defendant. ) | Hon. John A. Nordberg <br><br> Magistrate Judge Susan E. Cox <br><br> Case. 07 CV 6115 |

**NOTICE OF MOTION**

To:  Lance A. Raphael             Aron D. Robinson
     Stacy M. Bardo               Law Office of Aron D. Robinson
     Allison A. Krumhorn          19 South LaSalle Street
     The Consumer Advocacy Center, P.C.   Suite 1300
     180 West Washington, Suite 700   Chicago, IL 60603
     Chicago IL, 60602

PLEASE TAKE NOTICE that on Thursday, January 10, 2008, at 2:30 p.m., the undersigned shall appear before The Honorable Judge John A. Nordberg at Dirksen Federal Building, located at 219 South Dearborn, Chicago, Illinois, Courtroom 1801, and shall then and there present **DEFENDANT VILLAGE OF CHICAGO RIDGE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**, a copy of which is hereby served upon you.

Dated: January 4, 2008                     Respectfully Submitted,

                                           VILLAGE OF CHICAGO RIDGE,

                                           By:  /s/ Bevin M. Brennan
                                                One of Its Attorneys

Francis A. Citera
Mark J. McCombs
Bevin M. Brennan
GREENBERG TAURIG, LLP
77 W. Wacker Drive, Suite 2500
Chicago, IL  60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435

## **CERTIFICATE OF SERVICE**

I, Bevin M. Brennan, hereby certify that on January 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Lance A. Raphael
>Stacy M. Bardo
>Allison A. Krumhorn
>The Consumer Advocacy Center, P.C.
>180 West Washington, Suite 700
>Chicago IL, 60602
>E-mails:   lance@caclawyers.com
>           stacy@caclawyers.com
>           allison@caclawyers.com

>Aron D. Robinson
>Law Office of Aron D. Robinson
>19 South LaSalle Street
>Suite 1300
>Chicago, IL 60603
>E-mail:    adroblaw@aol.com

                                                /s/ Bevin M. Brennan