UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Jeffrey Olszowka
                Plaintiff,

v.                                        Case No.: 1:07−cv−06115
                                        Honorable John A. Nordberg

Village of Chicago Ridge
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2008:

        MINUTE entry before Judge John A. Nordberg :MINUTE entry before Judge John A. Nordberg :Motion to dismiss [20] is withdrawn as moot.Plaintiff's oral motion for leave to file a 1st amended complaint is granted. Plaintiff to file its amended complaint within 21 days. Motion hearing held on 1/10/2008 regarding motion to dismiss[20]. Status set for 1/17/2008 is stricken.Mailed notice(tlp, )Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.