# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Jeffrey Olszowka

                    Plaintiff,

v.                                              Case No.: 1:07–cv–06115
                                                Honorable John A. Nordberg

Village of Chicago Ridge

                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Susan E. Cox for the purpose of holding proceedings related to: settlement conference.(tlp, )Mailed notice.

Dated: January 10, 2008

                                                                  /s/ John A. Nordberg

                                                                United States District Judge