# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Jeffrey Olszowka
                    Plaintiff,

v.                                   Case No.: 1:07−cv−06115
                                             Honorable John A. Nordberg

Village of Chicago Ridge
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2008:

      MINUTE entry before Judge Susan E. Cox :Magistrate Judge Status hearing held.Settlement Conference set for 2/25/2008 at 01:00 PM. Counsel and their clients shall read and comply with the procedures outlined Magistrate Judge Coxs settlement procedures, which can be found at www.ilnd.uscourts.gov prior to any settlement conference with the Court.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.