IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JEFFREY OLSZOWKA,<br>on behalf of himself and all others<br>similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>VILLAGE OF CHICAGO RIDGE,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   07 C 6115<br>)<br>)   Judge John A. Nordberg<br>)   Magistrate Judge Susan A. Cox<br>)<br>)<br>) |

**UNOPPOSED MOTION TO
EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**

    Plaintiff Jeffrey Olszowka, by and through his attorneys, moves this Court for an order granting him an extension of time to file his First Amended Complaint. In support of his motion, Plaintiff states as follows:

    1.    On January 10, 2008, Plaintiff was granted leave to file his First Amended Complaint on or before January 31, 2008.

    2.    However, since that time, this case was set for a settlement conference in front of Judge Cox to take place on February 25, 2008.

    3.    As Plaintiff's amendment will be unnecessary if this case is resolved at the settlement conference, Plaintiff requests that this Court grant him leave to file his First Amended Complaint on or before March 10, 2008, which is two weeks after the scheduled settlement conference.

    4.    Such an extension will avoid an unnecessary increase in attorneys' fees in a fee-shifting case if this case is in fact resolved at the settlement conference.

    5.    Plaintiff's counsel has spoken with Defendant's attorney, Francis A. Citera, who

has stated that he does not oppose this motion.

WHEREFORE, Plaintiff Jeffrey Olszowka respectfully requests that this Court grant his Motion and allow him up and until March 10, 2008 to file his First Amended Complaint.

Respectfully Submitted,

By: /s/ Lance A. Raphael
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

Aron D. Robinson
Law Office of Aron D. Robinson
19 South LaSalle Street, Suite 1300
Chicago, IL 60603
(312) 857-9050
Attorney I.D. 35546