IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY OLSZOWKA,<br>on behalf of himself and all others<br>similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>VILLAGE OF CHICAGO RIDGE,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 07 C 6115<br><br>Judge John A. Nordberg<br>Magistrate Judge Susan A. Cox |

## NOTICE OF MOTION

To:    See Certificate of Service

PLEASE TAKE NOTICE that on Thursday, January 6, 2008 at 2:30 p.m., Plaintiff's counsel shall appear before the Honorable Judge John A. Nordberg, presiding in Courtroom 1801 of the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present ***Plaintiff's Unopposed Motion to Extend Time to File First Amended Complaint***, a copy of which is attached and hereby served upon you.

                                                        Respectfully submitted,

                                                        /s/ Lance Raphael
                                                      One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

## CERTIFICATE OF SERVICE

I, Kym Lozano, paralegal, hereby certify under penalties of perjury according to 28 U.S.C. § 1748 that on January 29, 2008, I electronically filed the attached ***Plaintiff's Unopposed Motion to Extend Time to File First Amended Complaint*** with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

Bevin Brennan
Greenberg Traurig, LLP.
77 W. Wacker Dr.
Suite 2500
Chicago, IL 60601

Mark J McCombs
Greenberg Traurig, LLP.
77 W. Wacker Drive
Suite 2500
Chicago, IL 60601

/s/ Kym Lozano
Kym Lozano
Paralegal