## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John A. Nordberg | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6115 | **DATE** | 2/19/2008 |
| **CASE TITLE** | Jeffrey Olszowka vs. Village of Chicago Ridge | | |

**DOCKET ENTRY TEXT**

Settlement conference set for 2/25/08 at 1:00 p.m. is reset to 2/25/08 at 11:30 a.m.

Notified counsel by telephone.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|