UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Jeffrey Olszowka
                              Plaintiff,

v.                                                Case No.: 1:07–cv–06115
                                                    Honorable John A. Nordberg

Village of Chicago Ridge
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 25, 2008:

       MINUTE entry before Judge Susan E. Cox :Settlement conference held on 2/25/08. Settlement conference continued to 3/3/08 at 02:00 p.m., at which time the parties will participate by telephone. The parties will initiate the telephone call. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.