# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Jeffrey Olszowka

                              Plaintiff,

v.                                                  Case No.: 1:07–cv–06115
                                                    Honorable John A. Nordberg

Village of Chicago Ridge

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2008:

        MINUTE entry before Judge Susan E. Cox :Settlement Conference reset for
3/6/08. The Parties contacted the Court telephonically to request more time for settlement
negotiations. The Parties will contact the Court telephonically on 3/6/08 at 2:00 p.m. to
report the status of their negotiations. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.