# EXHIBIT A



## VILLAGE OF CHICAGO RIDGE

10455 S. RIDGELAND AVE. • CHICAGO RIDGE, ILLINOIS 60415 • (708) 425-7700

EUGENE L. SIEGEL
PRESIDENT
CHARLES E. TOKAR
VILLAGE CLERK / COLLECTOR

TRUSTEES:
JUANITA A. BABCOCK
DANIEL A. BADON
BRAD C. GROVE
DONALD E. PRATL
BRUCE D. QUINTOS
JAMES S. SAUNORIS

November 7, 2006

The Law Offices of Michael P. McCready, P.C.
10008 S. Western Ave.
Chicago, Il. 60643

Dear Sir:

Enclosed is your check for $5.00. The amount due for a police report is $15.00. Please remit a check in that amount and upon receipt of your check I will forward the report to you.

Thank you for your cooperation in this matter.

Very truly yours,

Kae F. Kosch
Village of Chicago Ridge