# EXHIBIT B

THE LAW OFFICES OF MICHAEL P. McCREADY, PC
10008 S. WESTERN AVENUE  773-779-9885
CHICAGO, IL  60643

70-008
719
5402832009

7720

DATE 8 Nov 06

PAY TO THE
ORDER OF Chicago Ridge Police Dept.

$ 15.00

Fifteen and 00/100                                                      DOLLARS

STANDARD
BANK AND TRUST CO.

MEMO

⑆071909363⑆ ⑈5402832009⑈  7720