IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JEFFREY OLSZOWKA, on behalf of himself and all others similarly situated,   )<br>)<br>)<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>VILLAGE OF CHICAGO RIDGE,   )<br>)<br>Defendant.   ) | 07 C 6115<br><br>Judge John A. Nordberg<br>Magistrate Judge Susan A. Cox |

### NOTICE OF FILING

To:   See Certificate of Service

PLEASE TAKE NOTICE that on March 19, 2008, the undersigned counsel filed Plaintiff's *First Amended Class Action Complaint*, a copy of which is attached and hereby served upon you.

Respectfully submitted,

/s/ Lance A. Raphael
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

Aron D. Robinson
Law Office of Aron D. Robinson
19 South LaSalle Street, Suite 1300
Chicago, IL 60603
(312) 857-9050
Attorney I.D. 35546

## CERTIFICATE OF SERVICE

    I, Sherry Joseph, paralegal, hereby certify under penalties of perjury according to 28 U.S.C. § 1748 that on March 19, 2008, I electronically filed the attached *First Amended Class Action Complaint*, with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

Bevin Brennan
Francis A. Citera
Mark J. McCombs
Greenberg Traurig, LLP.
77 W. Wacker Dr.
Suite 2500
Chicago, IL 60601

/s/ Sherry Joseph
Sherry Joseph
Paralegal