**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jeffrey Olszowka
                      Plaintiff,

v.                                                Case No.: 1:07–cv–06115
                                                    Honorable Susan E. Cox

Village of Chicago Ridge
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 5, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Pursuant to a request by the parties by telephone for additional time to finalize settlement documents, status hearing set for 5/8/08 at 9:30 a.m. is stricken. Status hearing set for 5/22/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.