## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jeffrey Olszowka

                              Plaintiff,

v.                                                      Case No.: 1:07–cv–06115
                                                        Honorable Susan E. Cox

Village of Chicago Ridge

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

        MINUTE entry before the Honorable Susan E. Cox: Status hearing held. The Court was advised that the approval of the settlement was not on the June meeting agenda for the Village of Chicago Ridge. It is expected to be taken up during the 7/15/08 meeting. The parties will prepare class notification and preliminary approval documents and submit them to the Court prior to the next status hearing set for 7/30/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.