IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JEFFREY OLSZOWKA, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VILLAGE OF CHICAGO RIDGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Hon. John A. Nordberg <br> ) <br> ) Magistrate Judge Susan E. Cox <br> ) <br> ) Case No. 07 CV 6115 <br> ) <br> ) <br> ) |

### NOTICE OF FILING

To:   See Certificate of Service

PLEASE TAKE NOTICE that on July 25, 2008, the undersigned counsel filed the *Parties' Joint Motion for Preliminary Approval of a Class Action Settlement Agreement*, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

By: /s/ Stacy M. Bardo
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

Aron D. Robinson
Law Office of Aron D. Robinson
19 South LaSalle Street
Suite 1300
Chicago, IL 60603
(312) 857-9050

## CERTIFICATE OF SERVICE

I, Sherry Joseph, a paralegal, hereby certify under penalties of perjury according to 28 U.S.C. § 1746 that on July 25, 2008, I electronically filed the attached *Parties' Joint Motion for Preliminary Approval of a Class Action Settlement Agreement* with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

Francis A. Citera
Mark J. McCombs
Bevin M. Brennan
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL  60601

Aron D. Robinson
Law Office of Aron D. Robinson
19 South LaSalle Street
Suite 1300
Chicago, IL  60603

/s/ Sherry Joseph