UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jeffrey Olszowka
                                Plaintiff,

v.                                                         Case No.: 1:07−cv−06115
                                                          Honorable Susan E. Cox

Village of Chicago Ridge
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held on 7/30/08. Parties to submit their class notification and preliminary approval documents to this Court's proposed order box including the deadline for opt−outs, claim forms and objections given in open court. Parties to include Fairness Hearing date and time. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.