## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6115 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Jeffrey Olszowka vs. Village of Chicago Ridge | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for Preliminary Approval of Class Action Settlement [40] is granted. Enter Preliminary Approval Order of the Class Action Settlement. The deadline for opt-outs, claims forms and objections is set for 10/6/08. Class member objections must be delivered to Class counsel and Defendant's counsel and filed with the Court on or before 10/29/08. Objections not filed and served in a timely manner shall be deemed waived. Class members who wish to receive their monetary share of the settlement distribution must send in a claim form, which must be received by the Settlement Administrator on or before 10/6/08. Fairness hearing set for 11/12/08 at 10:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|