IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY OLSZOWKA, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | 07 C 6115 |
| v. | ) ) | Judge John A. Nordberg |
| | ) | Magistrate Judge Susan A. Cox |
| VILLAGE OF CHICAGO RIDGE, | ) ) | |
| Defendant. | ) | |

**Notice of Change of Firm Address**

Please be advised that the address of the Law Office of Aron D. Robinson has changed:

The new address is:

> Law Office of Aron D. Robinson
> 19 S. LaSalle St.
> Suite 1200
> Chicago, IL 60603

Note only the suite number has changed from 1300 to 1200. All other information (Phone fax and e-mail) remain the same. Please mark your files and service lists accordingly.

_____
Aron Robinson

Aron D. Robinson
Law Office of Aron D. Robinson
19 South LaSalle, Suite 1200
Chicago, IL 60603
(312) 857-9050
Firm No. 35546