**Certificate of Service by Electronic Means**

I, Aron Robinson, hereby certify that my Notice of Change of Firm Address was caused to be served electronically this 18th day of August, 2007 pursuant to ECF as to filing users and I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.

/s/ Aron Robinson